In the Matter of VIVIAN BARBAGALLO, Respondent, v ERICK COTTO-DONIS, Appellant.

Submitted November 2, 2015; decided November 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHARON K. BLAND, Appellant, v GELLMAN, BRYDGES & SCHROFF et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (Claim No. 1.)

In the Matter of SHARON K. BLAND, Appellant, v RONCO COMMUNICATIONS et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (Claim No. 2.)

Submitted October 26, 2015; decided November 24, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 948 (2015)].

Judge STEIN taking no part.

PATRICIA J. CURTO, Appellant, v MARK DIEHL et al., Respondents.

Submitted October 19, 2015; decided November 24, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 946 (2015)].

Judge FAHEY taking no part.